UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| META WELLNESS, INC. d.b.a. LUXE RECOVERY OUTPATIENT,<br><br>   *Plaintiff*,<br><br>v.<br><br>MULTIPLAN, INC., AETNA, INC., THE CIGNA GROUP, UNITEDHEALTH GROUP INCORPORATED and ELEVANCE HEALTH, INC.<br><br>   *Defendants*. | Civil Action No. 1:24-cv-04381-ER |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendant MultiPlan, Inc.

      Lawrence E. Buterman
      Latham & Watkins LLP
      1271 Avenue of the Americas
      New York, NY 10020
      Telephone: (212) 906-1200
      Facsimile: (212) 751-4864
      Email: lawrence.buterman@lw.com

Dated: July 11, 2024

      Respectfully submitted,

      **LATHAM & WATKINS LLP**

      /s/ *Lawrence E. Buterman*
      Lawrence E. Buterman
      1271 Avenue of the Americas
      New York, NY 10020
      Telephone: (212) 906-1200
      Facsimile: (212) 751-4864
      Email: lawrence.buterman@lw.com

      *Attorney for Defendant MultiPlan, Inc.*